UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 14 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

SHI CHENG KE,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

No. 05-74195

ORDER

F I L E D

District Court

OCT 21 2005

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges

The application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is denied. Petitioner has not made a prima facie showing under 28 U.S.C. § 2255 of:

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found the defendant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

See also, *United States v. Cruz*, No. 03-35873, 2005 WL 2243113 (9th Cir. Sept. 16, 2005) (holding that the Supreme Court did not make *United States v.*

05-71642

*Booker*, 125 S. Ct. 738 (2005) retroactive to cases on collateral review to convictions that became final prior to *Booker*).

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).

S:\MOATT\Panelord\10.17.05\orders\pe3\05-74195.wpd 2

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 1 4 2005

by: [signature]
    Deputy Clerk
```